IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHESTER ASHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 25-cv-00013-SRW |
| ) | |
| SAINT LOUIS PUBLIC SCHOOL DISTRICT, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR EXTENSION**

Plaintiff does not oppose a reasonable extension of time for defendants to respond to Plaintiff's First Requests for Production of Documents. Plaintiff did not, however, consent to defendants' requested extension because defendants indicated that while they would serve written objections and responses by the extended deadline, the responses would not be accompanied by any substantial production of documents. Defendants further declined to agree to, or offer, any alternative deadline to conduct searches for electronic documents or to produce responsive documents.

Rule 34(b)(2)(B) requires that production be "completed no later than the time for inspection specified in the request or another reasonable time specified in the response." Plaintiff does not oppose an extension of time up to and including September 29, 2025, provided that defendants' written responses are accompanied by a substantial production of responsive documents and specify a reasonable time to complete production of remaining responsive documents.

Dated: August 14, 2025

Respectfully submitted,

*/s/ Lisa S. Hoppenjans*
Lisa S. Hoppenjans, #63890 (MO)
Benjamin J. Wilson, #63329 (MO)
First Amendment Clinic,
Washington University School of Law
MSC 1120-250-102
One Brookings Drive
St. Louis, MO 63130
Phone: (314) 935-6040
lhoppenjans@wustl.edu
benwilson@wustl.edu

**ATTORNEYS FOR PLAINTIFF**

2